UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Alliance Continental Leasing LLC

Plaintiff,

-v-

Prima Charter Sp. z. o. o.

Defendant.

Case No. 08 CV 1027

JUDGE RAKOFF

**Rule 7.1 Statement**

JAN 3 1 2008
U.S.D.C. S.D.N.Y.
CASHIERS

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Alliance Continental Leasing LLC                      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** January 31, 2008

*[signature]*
**Signature of Attorney**

**Attorney Bar Code:** AF7571