AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Alliance Continental Leasing LLC

V.

Prima Charter Sp. z. o. o.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 1027**

JUDGE RAKOFF

TO: (Name and address of Defendant)

Prima Charter Sp. z. o. o.
Filip Cias
ul. 17 Stycznia 56
02-146 Warsaw, Poland

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew Fishkin
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, New York 10022
(212) 308-4411

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JAN 3 1 2008
CLERK _____[signature: M. Quintero]_____              DATE

(By) DEPUTY CLERK

&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　Date　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EDWARDS ANGELL PALMER & DODGE LLP
Andrew Fishkin (AF7571)
750 Lexington Avenue
New York, New York 10022
(212) 308-4411
*Attorneys for Plaintiff Alliance Continental Leasing LLC*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANCE CONTINENTAL LEASING LLC,<br><br>Plaintiff,<br><br>v.<br><br>PRIMA CHARTER Sp. z. o. o.,<br><br>Defendant. | Civil Action No.<br>08 Civ. 1027 (JSR) (RLE)<br><br><br><br>**CERTIFICATE OF SERVICE** |

Andrew Fishkin, being duly sworn, deposes and says:

I am a member of the Bar of this Court and state the following under penalty of perjury. On this 1st day of February 2008, I caused to be served a true and exact copy of ALLIANCE CONTINENTAL LEASING LLC's Complaint, Civil Cover Sheet, Rule 7.1 Statement, Summons, Individual Rules of Practice of Hon. Jed S. Rakoff, Individual Rules of Practice of Magistrate Judge Ronald L. Ellis, and Procedures for Electronic Case Filing upon the following:

Prima Charter Sp. z. o. o.
Filip Cias
ul. 17 Stycznia 56
02-146 Warsaw, Poland

Thomas C. Lee, Esq.
Chapman & Cutler LLP
111 West Monroe Street
Chicago, IL 60603
*Attorneys for Defendant
Prima Charter Sp. z. o. o.*

by delivering a true and exact copy of same by facsimile and by Federal Express, enclosed in a prepaid properly addressed envelope, as consented to by the parties to this action.

_____
Andrew Fishkin (AF7571)