UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANCE CONTINENTAL LEASING LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> - against - ) <br> ) <br> PRIMA CHARTER Sp. z o. o., ) <br> ) <br> Defendant. ) <br> ) | Case No. 08 C.V. 1027 (JSR) <br> ECF Case <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for Prima Charter Sp. Z o. o.

    I certify that I am admitted to practice in this court.

Dated:  New York, New York
February 21, 2008

HOGAN & HARTSON L.L.P.


/s/ Paul D. Sarkozi
Paul D. Sarkozi (PS 8977)

875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3644
Fax: (212) 918-3100
Email: PDSarkozi@hhlaw.com
*Attorneys for Defendant Prima Charter Sp. z o. o.*

<u>Certificate of Service</u>

  The undersigned certifies that copies of the foregoing NOTICES OF APPEARANCE for Paul D. Sarkozi and Kim F. Bridges were caused to be served this 21st day of February, 2008 upon the following counsel of record in the manner indicated.

<u>BY ELECTRONIC MAIL</u>

Andrew Fishkin (AF 7571)
Danielle Brucchieri
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, New York 10022
Telephone: (212) 308-4411
afishkin@eapdlaw.com
dbrucchieri@eadplaw.com


    /s/ Kim F. Bridges
    Kim F. Bridges