Paul D. Sarkozi (PS 8977)
Kim F. Bridges (KB 1306)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
*Attorneys for Defendant Prima Charter Sp. z o. o.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANCE CONTINENTAL LEASING LLC, | Case No. 08 C.V. 1027 (JSR) |
| | ECF Case |
| Plaintiff, | |
| - against - | **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** |
| PRIMA CHARTER Sp. z o. o., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Prima Charter Sp. z o. o. ("Prima"), through its counsel, states that Prima does not have any parent corporation, or any publicly held corporation owning 10% or more of Prima's stock.

Dated:  New York, New York
          March 12, 2008

Respectfully submitted,

HOGAN & HARTSON L.L.P.

  /s/
Kim F. Bridges (KB 1306)

Paul D. Sarkozi (PS 8977)
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
PDSarkozi@hhlaw.com
KFBridges@hhlaw.com
*Attorneys for Defendant Prima Charter Sp. z o. o.*

\\\NY - 031807/000002 - 1076356 v2