Paul D. Sarkozi (PS 8977)
Kim F. Bridges (KB 1306)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
*Attorneys for Defendant Prima Charter Sp. z o. o.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANCE CONTINENTAL LEASING LLC, ) | Case No. 08 C.V. 1027 (JSR) |
| ) | ECF Case |
| Plaintiff, ) | |
| ) | |
| - against - ) | **NOTICE OF DEFENDANT'S** |
| ) | **MOTION TO DISMISS** |
| PRIMA CHARTER Sp. z o. o., ) | |
| ) | |
| Defendant. ) | |
| ) | |

PLEASE TAKE NOTICE that Defendant Prima Charter Sp. z o. o. ("Prima") will move this Honorable Court at the United States Courthouse, 500 Pearl Street, Room 1340, New York, New York, on March 13, 2008, to dismiss with prejudice Counts I and II of Plaintiff Alliance Continental Leasing LLC's ("Alliance") Complaint, dated January 31, 2008, pursuant to Fed. R. Civ. P. Rule 12(b)(6) for failure to state a claim upon which relief can be granted. Prima will make this motion upon the Defendant's Memorandum of Law in Support of Its Motion to Dismiss, the Declaration of Kim F. Bridges in Support of Defendant's Motion to Dismiss and the exhibits thereto, and all other pleadings and papers on file therein.

PLEASE TAKE FURTHER NOTICE that pursuant to the telephone conference held by the Court on March 11, 2008, Alliance must file and serve its papers in opposition to this motion, if any, on March 27, 2008, Prima must file and serve its reply papers in further support of this

motion, if any, on April 3, 2008, and oral argument has been scheduled for this motion on April 14, 2008 at 4 p.m.

Dated: New York, New York  
March 12, 2008

Respectfully Submitted,

HOGAN & HARTSON L.L.P.

By:  __/s/_____  
       Kim F. Bridges (KB 1306)

Paul D. Sarkozi (PS 8977)  
875 Third Avenue  
New York, New York 10022  
Telephone: (212) 918-3000  
Facsimile: (212) 918-3100  
PDSarkozi@hhlaw.com  
KFBridges@hhlaw.com  
*Attorneys for Defendant Prima Charter Sp. z o. o.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing NOTICE OF DEFENDANT'S MOTION TO DISMISS, dated March 12, 2008 and DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT, dated March 12, 2008, were caused to be served on March 12, 2008, by electronic mail upon the following counsel of record:

>Andrew Fishkin (AF 7571)
>David N. Cohen
>Steven M. Lucks
>Edwards Angell Palmer & Dodge LLP
>750 Lexington Avenue
>New York, New York 10022
>Telephone: (212) 308-4411
>afishkin@eapdlaw.com
>dcohen@eapdlaw.com
>slucks@eapdlaw.com


___/s/_____
Kim F. Bridges