UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIANCE CONTINENTAL LEASING LLC, )<br>)<br>Plaintiff/Counter-defendant, )<br>)<br>- against - )<br>)<br>PRIMA CHARTER Sp. z o. o., )<br>)<br>Defendant/Counterclaimant. )<br>) | Case No. 08 C.V. 1027 (JSR)<br>ECF Case<br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for Prima Charter Sp. Z o. o.

    I certify that I am admitted to practice in this court.


        Dated:  New York, New York
                April 28, 2008

        HOGAN & HARTSON L.L.P.


        /s/ Nicholas W.C. Corson
        Nicholas W.C. Corson (NC 6601)

        875 Third Avenue
        New York, New York 10022
        Telephone: (212) 918-3606
        Fax: (212) 918-3100
        Email: Ncorson@hhlaw.com
        *Attorneys for Defendant Prima Charter Sp. z o. o.*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appearance for Nicholas W.C. Corson to be served on this 28th day of April, 2008 upon the following counsel of record in the manner indicated.

<u>By First-Class U.S. Mail and by Electronic Mail</u>:
Andrew Fishkin, Esq.
Steven Lucks, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, New York 10022
afishkin@eapdlaw.com
slucks@eapdlaw.com
Counsel for Plaintiff Alliance Continental Leasing LLC