```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ALLIANCE CONTINENTAL LEASING LLC,   :
                                    :
                Plaintiff,          :      08 Civ. 1027 (JSR)
                                    :
        -v-                         :           ORDER
                                    :
PRIMA CHARTER Sp. z. o. o.,         :
                                    :
                Defendant.          :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

     For the reasons stated from the bench, see transcript, 6/4/08, the plaintiff's claims are hereby dismissed with prejudice. Defendant's counterclaims remain pending, however, but, in light of the defendant's bankruptcy proceedings in Poland, they are stayed until the defendant's receiver seeks to activate them. Accordingly, the Clerk of the Court is hereby directed to remove what remains of this case from the Active Calendar and add it to the Suspense Calendar. Further, for the reasons stated from the bench, Edwards & Angell, L.L.P. is hereby relieved as counsel for plaintiff and Hogan & Hartson LLP is hereby relieved as counsel for defendant.

     SO ORDERED.

                                                           _____
                                                           JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 5, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-08
```